# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51486   **Case Name:** Brandon Wayne Powell

**Set:** 05/01/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2016 Ford F150. . Filed by Creditor Credit Acceptance Corp. (Attachments: # 1 Exhibit A - Note # 2 Exhibit B - Title # 3 Exhibit C - Vehicle Valuation)  (Dkt. #86)

---

Minute Entry Re: (related document(s): [86] Motion for Relief From Stay filed by Credit Acceptance Corp.) Meyer to submit a no response order. Order due by 05/15/2025. Called in by Meyer. (mcc)