_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 2, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Brandon Wayne Powell, | ) CASE NO: 23-51486-KMS |
| | ) |
| Debtor(s). | ) Chapter 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause is before the Court on a *Motion for Relief from the Automatic Stay* [Dkt. 86] ("Motion") filed by Credit Acceptance Corp. ("CAC"). Debtor has not filed a response to said Motion. Because it appears that CAC is entitled to the relief sought, the Motion shall be granted. It is therefore hereby:

**ORDERED** that:

(a) the Motion is granted; and

(b) the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to CAC and its Collateral (as defined in the Motion as 2016 Ford F150, bearing Vehicle Identification Number 1FTEW1EF5GKE08404), and Credit Acceptance Corp. may enforce its rights against the

60885404 v1

Collateral (as defined in the Motion).

## ##END OF ORDER##

APPROVED FOR ENTRY BY:

*/s/ Christopher D. Meyer*
Christopher D. Meyer (MS Bar # 103467)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

*Attorney for Credit Acceptance Corp.*

60885404 v1