United States Bankruptcy Court

Southern District of Mississippi

In re:                                                          Case No. 23-51486-KMS

Brandon Wayne Powell                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: May 02, 2025 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

**Recip ID**          **Recipient Name and Address**
db                +   Brandon Wayne Powell, 103 Water Oak Dr, Lucedale, MS 39452-4659

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles F. F. Barbour | on behalf of Creditor Allied First Bank  SB dba Servbank cbarbour@blswlaw.com |
| Christopher D Meyer | on behalf of Creditor Credit Acceptance Corp. cmeyer@burr.com<br>sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Brandon Wayne Powell jennifer@therollinsfirm.com<br>jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandon Wayne Powell trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6       User: mssbad       Page 2 of 2

Date Rcvd: May 02, 2025       Form ID: pdf012       Total Noticed: 1

United States Trustee       USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 2, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

In re:                                                    )
                                                          )
Brandon Wayne Powell,                                     )      CASE NO: 23-51486-KMS
                                                          )
          Debtor(s).                                      )      Chapter 13

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause is before the Court on a *Motion for Relief from the Automatic Stay* [Dkt. 86]

("Motion") filed by Credit Acceptance Corp. ("CAC").  Debtor has not filed a response to said

Motion.  Because it appears that CAC is entitled to the relief sought, the Motion shall be granted.

It is therefore hereby:

**ORDERED** that:

(a)      the Motion is granted; and

(b)      the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to CAC and its

Collateral (as defined in the Motion as 2016 Ford F150, bearing Vehicle Identification Number

1FTEW1EF5GKE08404), and Credit Acceptance Corp. may enforce its rights against the

Collateral (as defined in the Motion).

**##END OF ORDER##**

APPROVED FOR ENTRY BY:

*/s/ Christopher D. Meyer*
Christopher D. Meyer (MS Bar # 103467)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

*Attorney for Credit Acceptance Corp.*