

Book:2023 Page:11244-11245
Deed of Trust
RCD: 12/4/2023 @ 12:18:21 PM
George County, MS
Cammie Byrd, Chancery Clerk

**MISSISSIPPI**

COUNTY OF **GEORGE**

[POWELL]

PREPARED BY: **AMY COLVIN, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. **208-528-9895**
WHEN RECORDED MAIL TO: **FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. **208-528-9895**

## ASSIGNMENT OF DEED OF TRUST AND ACKNOWLEDGEMENT

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR PARKSIDE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS,** located at **11819 MIAMI ST SUITE 100, OMAHA, NE 68164** or **P.O. BOX 2026, FLINT, MICHIGAN 48501-2026**; PH. **888-679-6377**, Assignor, does hereby grant, assign, transfer, and set over without recourse, representation or warranty, expressed or implied unto **ALLIED FIRST BANK, SB DBA SERVBANK**, located at **3138 E. ELWOOD ST, PHOENIX, AZ 85034**; PH. **208-528-9895**, Assignee, its successors, representatives, and assigns, all Assignor's rights, title, and interest in and to that Deed of Trust described below.

Said Deed of Trust dated **APRIL 24, 2019**, executed by **BRANDON W POWELL, A MARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP**, located at **103 WATER OAK DR, LUCEDALE, MS 39452**, PH. **208-528-9895**, Trustor, for the benefit of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR PARKSIDE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Beneficiary, and recorded in Mortgage Book **2019** at Page **3243** in the official records of the Recorder of Deeds Office in and for the County of **GEORGE**, State of **MISSISSIPPI**.

PROPERTY ADDRESS: **103 WATER OAK DR, LUCEDALE, MS 39452**
AS DESCRIBED IN SAID DEED OF TRUST

Page 1 of 2



MERS PHONE: 1-888-679-6377

**EXHIBIT "C"**

Book 2023 Page 11245
Deed of Trust 12/4/2023 12:18:21 PM

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **NOVEMBER 28, 2023**.
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR PARKSIDE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS**

_____
**AMY COLVIN, VICE PRESIDENT**

STATE OF **IDAHO** COUNTY OF **BONNEVILLE** ) ss.

On **NOVEMBER 28, 2023**, before me, **KATIE OLSON**, personally appeared **AMY COLVIN** known to me to be the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR PARKSIDE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
**KATIE OLSON (COMM. EXP. 02/26/2027)**
NOTARY PUBLIC

> KATIE OLSON
> Notary Public - State of Idaho
> Commission Number 20210709
> My Commission Expires Feb 26, 2027

GEORGE COUNTY, MS CAMMIE BYRD, CHANCERY CLERK
I CERTIFY THIS INSTRUMENT WAS FILED ON 12/4/2023 12:18:21 PM AND RECORDED IN Deed of Trust 2023 11244