| File# | 2225-N-7299 | | | **PAYMENTS RECEIVED** | | |
|---|---|---|---|---|---|---|
| Debtor: | Brandon Wayne Powell | | | Loan Status as of: | | 4/15/2025 |
| Case No.: | 23-51486 | | | Initial Due Date: | | 12/1/2023 |
| Petition: | 10/30/2023 | | | | | |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 12/1/2023 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 1/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 2/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 3/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 3/20/2024 | $ 3,310.53 |  |  | $ - | $ 3,310.53 | Funds Received |
|  | $ - | 4/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 5/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 5/21/2024 | $ 1,380.23 |  |  | $ - | $ 1,380.23 | Funds Received |
|  | $ - | 6/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 7/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 7/18/2024 | $ 1,363.06 |  |  | $ - | $ 1,363.06 | Funds Received |
|  | $ - | 8/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 8/19/2024 | $ 1,359.75 |  |  | $ - | $ 1,359.75 | Funds Received |
|  | $ - | 9/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
|  | $ - | 10/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 10/21/2024 | $ 1,350.48 |  |  | $ - | $ 1,350.48 | Funds Received |
|  | $ - | 11/1/2024 | $ 1,160.43 | $ - | $ (1,160.43) | Payment Accrued |
| 11/20/2024 | $ 1,333.59 |  |  | $ - | $ 1,333.59 | Funds Received |
|  | $ - | 12/1/2024 | $ 1,310.23 | $ - | $ (1,310.23) | Payment Accrued |
| 12/20/2024 | $ 874.87 |  |  | $ - | $ 874.87 | Funds Received |
|  | $ - | 1/1/2025 | $ 1,310.23 | $ - | $ (1,310.23) | Payment Accrued |
|  | $ - | 2/1/2025 | $ 1,310.23 | $ - | $ (1,310.23) | Payment Accrued |
| 2/19/2025 | $ 864.80 |  |  | $ - | $ 864.80 | Funds Received |
|  | $ - | 3/1/2025 | $ 1,310.23 | $ - | $ (1,310.23) | Payment Accrued |
| 3/18/2025 | $ 127.33 |  |  | $ - | $ 127.33 | Funds Received |
|  | $ - | 4/1/2025 | $ 1,310.23 | $ - | $ (1,310.23) | Payment Accrued |
| **Total:** | **$ 11,964.64** |  | **$ 20,476.31** | **$ -** | **$ (8,511.67)** |  |

| Delinquent Payments | Days Delinquent: | | 196 | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 10/1/2024 | $ 791.79 | $ 368.64 | $ - | $ 1,160.43 |
| 11/1/2024 | $ 791.79 | $ 368.64 | $ - | $ 1,160.43 |
| 12/1/2024 | $ 791.79 | $ 518.44 | $ - | $ 1,310.23 |
| 1/1/2025 | $ 791.79 | $ 518.44 | $ - | $ 1,310.23 |
| 2/1/2025 | $ 791.79 | $ 518.44 | $ - | $ 1,310.23 |
| 3/1/2025 | $ 791.79 | $ 518.44 | $ - | $ 1,310.23 |
| 4/1/2025 | $ 791.79 | $ 518.44 | $ - | $ 1,310.23 |
| Delinquency |  |  |  | $ 8,872.01 |
| Less Unapplied |  |  |  | $ 360.34 |
| Total Delinquency |  |  |  | $ 8,511.67 |

EXHIBIT "E"