**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**Brandon Wayne Powell**                                                                  **CHAPTER 13**
        **Debtor**                                                          **CASE NO.: 23-51486-KMS**

**Servbank, SB**
        **Movant**

**V.**

**Brandon Wayne Powell**
        **Respondent**

**WARREN A. CUNTZ, JR., TRUSTEE,**
        **Respondent**

<u>**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt.    ]**</u>

This matter is before the Court on the motion of Servbank, SB ("Movant") for relief from the automatic stay of 11 U.S.C. § 362.  Movant represented to the Court that it served the motion in accordance with all applicable rules.  No timely response was filed.  Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the property is abandoned pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property:  103 Water Oak Dr., Lucedale, Mississippi  39452 – SEE LEGAL DESCRIPTION ATTACHED HERETO.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

Exhibit "A"

Lot 1. Water Oak Subdivision, a subdivision. according to a map or plat thereof which is on file of record in the office of the Chancery Clerk of George County, Mississippi, in Book 4, Page 5, reference to which is hereby made in aid of and as a part of this description.