**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Brandon Wayne Powell                                                                    CHAPTER 13
            Debtor                                                                      CASE NO.: 23-51486-KMS

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Servbank, SB, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com