**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Brandon Wayne Powell, Debtor**                    **Case No. 23-51486-KMS
                                                                  CHAPTER 13**

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Servbank

SB's Motion for Relief from the Automatic Stay to Abandon Property and Other Relief (Dk#98)

as follows:

1.  Debtor commenced this case on 10/30/2023 by filing a voluntary petition for relief under

     Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor will bring payments to Servbank, SB current.

3.  Debtor can continue making the payments to Servbank, SB.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                        Respectfully submitted,

                        By:     /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on May 29, 2025, to:

By Electronic CM/ECF Notice:

      Charles F. F. Barbour on behalf of Creditor Servbank, SB
      cbarbour@blswlaw.com

      Warren Cuntz

      U.S. Trustee

               /s/ Thomas C. Rollins, Jr.
               Thomas C. Rollins, Jr.