

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 2, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE:                                                             CHAPTER 13
BRANDON WAYNE POWELL                 CASE NO: 23-51486 KMS

## ORDER RELEASING EARNINGS OF DEBTOR

**THE ORDER (Dkt. 108)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##