United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-51486-KMS |
| Brandon Wayne Powell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: ntcdsm | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Wayne Powell, 103 Water Oak Dr, Lucedale, MS 39452-4659 |
| 5312426 | + | Babers, 442 Winter St, Lucedale, MS 39452-6638 |
| 5312424 | + | Jennifer McDuffie, 8455 Jack Williams Rd, Wilmer, AL 36587-8479 |
| 5451401 | + | Jennifer McDuffie, 8695 Jack Williams Rd., Wilmer, AL 36587-8520 |
| 5312425 | + | State of AL, Child Support Division, 501 Bel Air Blvd, Mobile, AL 36606-3517 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Jul 02 2025 19:37:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034, UNITED STATES 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jul 02 2025 19:37:00 | Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5313409 | + | Email/Text: BK@servicingdivision.com | Jul 02 2025 19:37:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5296883 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 02 2025 19:37:28 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5296884 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2025 19:36:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 5318715 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 19:40:35 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5318969 | + | Email/Text: bankruptcy@towerloan.com | Jul 02 2025 19:37:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5296885 | + | Email/Text: melissa.martin@kfcu.org | Jul 02 2025 19:37:00 | Keesler Federal Credit Union, Po Box 7001, Biloxi, MS 39534-7001 |
| 5302369 | | EDI: AGFINANCE.COM | Jul 02 2025 23:33:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5296886 | + | EDI: AGFINANCE.COM | Jul 02 2025 23:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5334646 | + | Email/Text: BK@servicingdivision.com | Jul 02 2025 19:37:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5296888 | | Email/Text: bankruptcy@towerloan.com | Jul 02 2025 19:37:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5296887 | + | Email/Text: BK@servicingdivision.com | Jul 02 2025 19:37:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 5317358 | + | EDI: AIS.COM | Jul 02 2025 23:33:00 | Verizon, by American InfoSource as agent, 4515 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: ntcdsm | Total Noticed: 20 |

| 5296889 | ^ MEBN | | Jul 02 2025 19:32:28 | N Santa Fe Ave, Oklahoma City, OK 73118-7901 Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allied First Bank, SB dba Servbank |
| cr | | Jennifer McDuffie |
| cr | *+ | Credit Acceptance Corp., 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Servbank SB cbarbour@blswlaw.com |
| Charles F. F. Barbour | on behalf of Creditor Allied First Bank SB dba Servbank cbarbour@blswlaw.com |
| Christopher D Meyer | on behalf of Creditor Credit Acceptance Corp. cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Brandon Wayne Powell jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandon Wayne Powell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 23−51486−KMS
Chapter: 13

In re:
    Brandon Wayne Powell
    103 Water Oak Dr
    Lucedale, MS 39452

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−4705

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 2, 2025.

Dated: 7/2/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790