IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: BRANDON WAYNE POWELL             CHAPTER 13
                                        CASE NO.  23-51486-KMS

### TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| BRANDON WAYNE POWELL | $7.05 |

ADDRESS OF CREDITOR
103 WATER OAK DR.
LUCEDALE, MS  39452

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   NOVEMBER 19, 2025

Signed:    /s/ Warren A. Cuntz, Jr.          ,
            Chapter 13 Standing Trustee
            Warren A. Cuntz, Jr.