Generated: Nov 24, 2025 12:54PM                                                                                          Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Nov 24, 2025 12:54PM

Warren A Cuntz, Jr, Chapter 13 Trustee

Rcpt. No: 30000946          Trans. Date: Nov 24, 2025 12:54PM          Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 23-51486-KMS | 1 | 7.05 | 7.05 |
| UC | UNCLAIMED FUNDS | 24-51133-KMS | 1 | 5.32 | 5.32 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #750880 | 11/24/2025 | | $12.37 |
| | | | Total Due Prior to Payment: | | $12.37 |
| | | | Total Tendered: | | $12.37 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor**: Brandon Wayne Powell

**Debtor**: Desiree Monique Dennison

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.