# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

---

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 750880 |

| Printed |
|---|
| 11/19/2025 |

| Issue Date |
|---|
| 11/19/2025 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 39201 N | POWELL, BRANDON WAYNE | 23-51486 | | $.00 | 7.05 |
| 39201 N | DENNISON, DESIREE MONIQUE | 24-51133 | | $.00 | 5.32 |
| | | | | TOTAL | 12.37 |

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

NOV 24 2025

Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

**THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.**

Page 1 of 1