RETURN SERVICE REQUESTED



US Bankruptcy Court
Southern District of Mississippi
RECEIVED
NOV 24 2025
By: Danny L. Miller, Clerk of Court
_____ Deputy Clerk

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 39503
02 7H
0006216384
$000.749
NOV 20 2025